UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

**DAVID LINNANE,**
*Plaintiff,*

v. **Civil Action No. _____**

**HON. ABBE L. ROSS,** in her individual capacity,
**TRACY L. WILSON, ESQ.,** in her individual capacity,
**JAMES LINNANE,** in his individual capacity,
*Defendants.*

---

## COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983

### TO THE HONORABLE COURT:

Plaintiff David Linnane, appearing pro se, brings this action under 42 U.S.C. § 1983 against the above-named defendants for their systematic, deliberate, and malicious conspiracy to violate his constitutional rights under color of state law through fraudulent operation of court proceedings without jurisdiction, orchestrated perjury, and intentional denial of due process and equal protection.

---

### JURISDICTION AND VENUE

**1.** This Court has subject matter jurisdiction under 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 1343 (civil rights jurisdiction).

**2.** This action arises under 42 U.S.C. § 1983 and the First, Fifth, and Fourteenth Amendments to the United States Constitution.

**3.** Venue is proper in this District under 28 U.S.C. § 1391(b) as defendants reside in Massachusetts and the constitutional violations occurred in Massachusetts.

---

### PARTIES

**4. Plaintiff DAVID LINNANE** is a 70+ year old retired citizen and resident of Salisbury, New Hampshire, appearing pro se in this matter.

**5. Defendant HON. ABBE L. ROSS** is sued in her individual capacity as a judge of the Suffolk Probate and Family Court who systematically operated court proceedings without jurisdiction while engaging in deliberate constitutional violations.

**6. Defendant TRACY L. WILSON, ESQ.** is sued in her individual capacity as an attorney who conspired with other defendants to orchestrate fraudulent court proceedings through perjury, false testimony, and malicious manipulation of the judicial process.

**7. Defendant JAMES LINNANE** is sued in his individual capacity as an individual who participated in the conspiracy to deny plaintiff's constitutional rights through false statements and obstruction of justice.

---

## FACTUAL ALLEGATIONS

### A. Background and Standing

**8.** This case arises from defendants' systematic and deliberate conspiracy to violate plaintiff's constitutional rights through malicious operation of state court proceedings without proper jurisdiction.

**9.** Plaintiff, as a 70+ year old retired citizen, was targeted by defendants in a coordinated scheme designed to deny him due process, equal protection, and fundamental constitutional rights.

**10.** The constitutional violations span over one year, during which defendants engaged in a pattern of deliberate misconduct, perjury, and fraud upon the court.

### B. Systematic Constitutional Violations

**11. Defendant Judge Ross** systematically operated court proceedings without jurisdiction in direct violation of 155+ years of Supreme Court precedent establishing that courts must have proper jurisdictional authority before proceeding.

**12.** Despite clear lack of jurisdiction, **Defendant Ross** deliberately continued proceedings with actual knowledge that her actions were unconstitutional and in excess of lawful authority.

**13. Defendant Ross's** actions were not mere errors in judgment but were deliberate, systematic, and malicious violations of clearly established constitutional law designed to deprive plaintiff of his rights.

### C. Orchestrated Conspiracy and Perjury

**14. Defendant Wilson** orchestrated a deliberate scheme involving systematic perjury and false testimony designed to manipulate judicial proceedings and deny plaintiff's constitutional rights.

**15. Defendant Wilson** engaged in a pattern of false statements under oath with actual knowledge of their falsity, constituting perjury and fraud upon the court.

**16.** The perjury and false testimony were not isolated incidents but part of a coordinated plan by **Defendant Wilson** to systematically violate plaintiff's due process rights.

**17. Defendant Wilson** acted with malicious intent to harm plaintiff through deliberate manipulation of the judicial process.

**D. Conspiracy and Obstruction**

**18. Defendant James Linnane** actively participated in the conspiracy by providing false information, engaging in obstruction of justice, and deliberately undermining plaintiff's constitutional rights.

**19. Defendant James Linnane** acted in concert with the other defendants as part of a systematic plan to deny plaintiff due process and equal protection under law.

**20.** All defendants acted under color of state law and in concert with each other to systematically violate plaintiff's clearly established constitutional rights.

**E. Deliberate and Malicious Targeting**

**21.** Defendants specifically targeted plaintiff because of his age (70+), pro se status, and perceived vulnerability, demonstrating deliberate malicious intent.

**22.** The systematic nature of defendants' misconduct shows clear evidence of premeditation and coordinated effort to violate plaintiff's constitutional rights.

**23.** Defendants' actions were designed to cause maximum harm and distress to plaintiff while denying him fundamental constitutional protections.

---

**CONSTITUTIONAL VIOLATIONS**

**COUNT I: DENIAL OF DUE PROCESS (42 U.S.C. § 1983)**

**Against All Defendants**

**24.** Plaintiff incorporates all preceding allegations.

**25.** Defendants, acting under color of state law, systematically denied plaintiff due process by operating court proceedings without jurisdiction, engaging in perjury, and deliberately manipulating judicial processes.

**26.** Defendants' conduct violated clearly established constitutional law known to any reasonable official, eliminating any claim to qualified immunity.

**27.** The denial of due process was deliberate, systematic, and malicious, causing severe harm to plaintiff.

### COUNT II: DENIAL OF EQUAL PROTECTION (42 U.S.C. § 1983)

**Against All Defendants**

**28.** Plaintiff incorporates all preceding allegations.

**29.** Defendants deliberately treated plaintiff differently from similarly situated individuals based on his age, pro se status, and perceived vulnerability.

**30.** The differential treatment was intentional, systematic, and designed to deny plaintiff equal protection under law.

**31.** Defendants' conduct violated clearly established equal protection rights, causing substantial harm to plaintiff.

### COUNT III: CONSPIRACY TO VIOLATE CIVIL RIGHTS (42 U.S.C. § 1983)

**Against All Defendants**

**32.** Plaintiff incorporates all preceding allegations.

**33.** Defendants engaged in a systematic conspiracy to deprive plaintiff of his constitutional rights under color of state law.

**34.** The conspiracy involved coordinated efforts to operate court proceedings without jurisdiction, commit perjury, and systematically deny constitutional protections.

**35.** Each defendant actively participated in the conspiracy with knowledge of its unlawful purpose and intent to violate plaintiff's rights.

---

## DAMAGES

### A. Compensatory Damages

**36.** As a direct and proximate result of defendants' systematic constitutional violations, plaintiff has suffered substantial damages including:

- **Out-of-pocket expenses:** $5,000 in extraordinary costs directly caused by defendants' misconduct
- **Lost retirement time:** $35,000 representing one full year of plaintiff's retirement (at age 70+) stolen by defendants' illegal proceedings
- **Emotional distress:** $35,000 for severe stress, anxiety, anguish, and psychological harm caused by systematic targeting and constitutional violations

**37. Total Compensatory Damages:** $75,000

**B. Punitive Damages**

**38.** Defendants' conduct was so egregious, deliberate, and malicious as to warrant substantial punitive damages to:

- Punish defendants for systematic constitutional violations
- Deter future similar misconduct by government officials
- Send a clear message that systematic corruption will not be tolerated

**39.** The systematic nature of defendants' conspiracy, involving perjury, fraud, and deliberate targeting of an elderly citizen, warrants punitive damages of **$500,000 per defendant.**

**40. Total Punitive Damages:** $1,500,000

---

**PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff respectfully requests that this Honorable Court:

**A. MONETARY DAMAGES:** Award plaintiff $1,575,000 in total damages:

- $75,000 in compensatory damages
- $1,500,000 in punitive damages ($500,000 per defendant)

**B. INJUNCTIVE RELIEF:** Issue immediate injunctive relief:

- Permanently enjoining defendants from continuing any court proceedings lacking proper jurisdiction

- Requiring defendants to cease all constitutional violations
- Ordering institutional reforms to prevent future systematic violations

**C. DECLARATORY RELIEF:** Declare that:

- Defendants' actions constitute systematic violations of plaintiff's constitutional rights
- Defendants acted in excess of all lawful authority
- The court proceedings were void ab initio due to lack of jurisdiction

**D. ATTORNEY'S FEES AND COSTS:** Award attorney's fees and costs under 42 U.S.C. § 1988

**E. CRIMINAL AND DISCIPLINARY REFERRALS:**

- Refer defendants to the U.S. Attorney for federal criminal prosecution under 18 U.S.C. § 242 (conspiracy under color of law)
- Refer attorney defendants to appropriate bar disciplinary authorities

**F. JURY TRIAL:** Plaintiff demands trial by jury on all issues so triable

**G. OTHER RELIEF:** Grant such other and further relief as this Court deems just and proper

---

**VERIFICATION**

I, David Linnane, declare under penalty of perjury under the laws of the United States that I have read the foregoing Complaint and that the facts stated therein are true and correct to the best of my knowledge, information, and belief.

**Executed on:** June 10, 2025

*/s/ David Linnane*
**DAVID LINNANE, Pro Se**
57 Brookside Drive
Salisbury, NH 03268
Tel: (603) 491-4361
Email: dlinnane1@gmail.com

---

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing Complaint will be served upon all defendants via certified mail, return receipt requested, and email (where available) within three (3) days of filing.

**Dated:** June 10, 2025

/s/ David Linnane
**DAVID LINNANE**